**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6781

DOUGLAS J. DODSON, JR.,

Petitioner - Appellant,

versus

B. A. BLEDSOE, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:06-cv-00067-sgw)

Submitted:  June 19, 2006          Decided:  July 14, 2006

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas J. Dodson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas J. Dodson, Jr., a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dodson v. Bledsoe, No. 7:06-cv-00067-sgw (W.D. Va. Jan. 26, 2006, and Feb. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED